## GENET *a.* SAYRE.

*Supreme Court, First District; Special Term, June,* 1861.

### PLEADING.

Form of complaint on a promissory note,—*Held,* sufficient, on demurrer.

This action was on a promissory note. The allegations of the complaint were as follows. "That the defendant heretofore, at the city of New York, made his promissory note in writing, bearing date on the third day of July, 1858, whereby he promised to pay, two months after the date thereof, to the order of the Hanover Bank, the sum of four hundred dollars for value received; and although the said note became due and payable before the commencement of this action, yet the defendant has not paid the same. And the plaintiff further says, that he is now the lawful owner and holder of the said note, and that the defendant is justly indebted to him thereupon in the sum of four hundred dollars principal, together with interest thereon from the sixth day of September, 1861. Wherefore," etc.

The demurrer interposed by the defendant was as follows:—
I. That the complaint does not state facts sufficient to constitute a cause of action. II. That it shows no right in the plaintiff to sue or recover judgment against the defendant on the said note therein mentioned. III. That it shows no title in the plaintiff to said note. IV. That it shows that the said note is the property of the Hanover Bank.

*Cummins, Alexander & Green,* for the defendant, cited Marshall *a.* Rockwood (12 *How. Pr.,* 452); Parker *a.* Totten (10 *Ib.,* 233).

*George G. Genet,* for the plaintiff.

WM. H. ALLEN, J., on the strength of Prindle *a.* Caruthers (15 *N. Y.* (1 *Smith*), 425), overruled the demurrer, and ordered judgment for plaintiff, with leave to answer.